| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | MICHAEL G. TIERNEY<br>Assistant United States Attorney |
| 3 | GARY M. LEUIS<br>Special Assistant United States Attorney |
| 4 | 2500 Tulare Street, Suite 4401<br>Fresno, Ca 93721 |
| 5 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No: 5:18-mj-00035 JLT |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] PROTECTIVE ORDER BETWEEN THE UNITED STATES AND DEFENDANT REGARDING PRODUCTION OF PROTECTED INFORMATION** |
| v. | |
| JAMES MATTERN, | |
| Defendant. | |

WHEREAS, the discovery in this case contains sensitive information regarding the identity of two Special Agents working on behalf of the National Parks Service, including but not limited to the names and physical descriptions of the agents acting in an undercover capacity ("Protected Information"); and

WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter;

1

The parties agree that entry of a stipulated protective order is therefore appropriate.

THEREFORE, defendant JAMES MATTERN, by and through his counsel of record, Andrew Wong ("Defense Counsel"), and the United States of America, by and through Assistant United States Attorney Michael G. Tierney, hereby agree and stipulate as follows:

1. This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case (hereafter, collectively known as "the discovery").

3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel's attorneys, designated defense investigators, designated defense experts, and support staff. Defense Counsel may permit the defendant to view unredacted documents under the supervision of his attorneys, defense investigators, and/or support staff while in the offices of defense counsel. The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the defendant to copy Protected Information contained in the discovery. The parties agree that Defense Counsel, defense investigators, and support staff may provide the defendant with copies of documents, if any, from which Protected Information has first been redacted.

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States of America ("Government"). Defense Counsel will return the discovery to the Government at the conclusion of the case, except as authorized by further order of the Court. For the purposes of this agreement, conclusion of this case will mean the final exhaustion of all direct appeals and collateral attacks on the conviction or sentence, if any.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising the Defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

7. In the event that Defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

IT IS SO STIPULATED.

Dated: September 20, 2018          By: /s/ Hope Alley
                                   Hope Alley
                                   Federal Defender
                                   JAMES MATTERN

Dated: September 20, 2018          McGREGOR W. SCOTT
                                   United States Attorney

                                   By: /s/ Gary M. Leuis
                                   Gary M. Leuis
                                   Special Assistant U.S. Attorney

IT IS SO ORDERED.

   Dated:  **September 21, 2018**           **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE