# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>JAMES MATTERN,<br><br>　　　　　　　Defendant. | Case No. 5:18-mj-00035-JLT<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | Engaging in or soliciting any business in park areas without a permit, contract or other written agreement with the United States, in violation of 36 C.F.R. § 5.3 |
| **Sentence Date:** | November 26, 2019 |
| **Review Hearing Date:** | September 1, 2020 |
| **Probation Expires On:** | November 26, 2020 |

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $1,030.00 which Total Amount is made up of a Fine: $ 1,000.00  Special Assessment: $30

☒ **Other:** Defendant shall cease any and all control over (by himself or through third parties) or interaction with the "Death Valley Jim" website.

☒ **Other:** Defendant shall stay away from Death Valley National Park, Joshua Tree National Park, and Mojave National Park and Preserve while on probation.

## *COMPLIANCE:*

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

☒ Defendant has paid the entire balance of his monetary penalty.

**GOVERNMENT POSITION:**

☒      The Government agrees to the above-described compliance.

DATED: August 26, 2020                          */s/ William Taylor*
                                                WILLIAM TAYLOR
                                                Special Assistant United States Attorney

***DEFENDANT'S REQUEST:***

In light of the information detailed in this status report, the defendant requests that the review hearing set for September 1, 2020, be vacated. The parties also anticipate filing a joint motion to request early termination of probation.

DATED: August 26, 2020                          */s/ Matthew Lemke*
                                                MATTHEW LEMKE
                                                Assistant Federal Defender
                                                Attorney for Defendant

**[~~PROPOSED~~] ORDER**

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED.  The Court orders that the review hearing set for September 1, 2020, be vacated.

☐ DENIED.

IT IS SO ORDERED.

Dated:   **August 27, 2020**                   **/s/ Jennifer L. Thurston**
                                                          UNITED STATES MAGISTRATE JUDGE