HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JAMES MATTERN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 5:18-mj-00035-JLT |
|---|---|
| Plaintiff, | JOINT MOTION TO TERMINATE PROBATION PURSUANT TO 18 U.S.C. § 3564(C); AND [~~PROPOSED~~] ORDER |
| vs. | |
| JAMES MATTERN, | |
| Defendant. | |

The parties, through their respective counsel, Special Assistant United States Attorney William Taylor, counsel for plaintiff, and Assistant Federal Defender Matthew Lemke, counsel for defendant James Mattern, hereby move pursuant to 18 U.S.C. § 3564(c) to terminate early the Defendant's probation because Mr. Mattern has satisfied all conditions of probation.  Presently, the Defendant's probation is set to expire on November 26, 2020.

On November 26, 2019, the Court sentenced Mr. Mattern to 12 months of unsupervised probation.  As a condition of probation, Mr. Mattern was ordered to pay a $1000.00 fine, pay a $30 special assessment, and obey all laws.  The parties stipulate that Mr. Mattern has completed all of his sentencing obligations.  The parties now request termination of Mr. Mattern's probation.

Mr. Mattern has a review hearing presented set for September 1, 2020.  The parties also move that the review hearing date should be vacated if this motion is granted.

WHEREFORE, the parties request that the Defendant's term of probation be early terminated pursuant to 18 U.S.C. § 3564(c).

Respectfully submitted,
HEATHER E. WILLIAMS
Federal Defender

Date: August 26, 2020

*/s/ Matthew Lemke*
MATTHEW LEMKE
Assistant Federal Defender
Attorney for Defendant
JAMES MATTERN

MCGREGOR W. SCOTT
United States Attorney

Date: August 26, 2020

*/s/ William Taylor*
WILLIAM TAYLOR
Special Assistant United States Attorney
Attorney for Plaintiff

**[PROPOSED] ORDER**

Pursuant to the joint motion of the parties to terminate early defendant James Mattern's term of probation, the Court has considered the factors under 18 U.S.C. § 3553(a) to the extent applicable and is satified that such action is warranted by the conduct of the Defendant and that the termination is in the interst of justice and hereby discharges the Defendant from his probationary term under 18 U.S.C. § 3564(c).

The review hearing presently schedueld for September 1, 2020 is hereby vacated and, if applicable, any other dates are also vacated.

IT IS SO ORDERED.

Dated:   **August 27, 2020**                    **/s/ Jennifer L. Thurston**
                                                UNITED STATES MAGISTRATE JUDGE